1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  SONGMEE CONNOLLY (CSB No. 228555)
   sconnolly@fenwick.com
3  RONNIE SOLOMON (CSB No. 284923)
   rsolomon@fenwick.com
4  FENWICK & WEST LLP
   Silicon Valley Center
5  801 California Street
   Mountain View, CA  94041
6  Telephone:     650.988.8500
   Facsimile:     650.938.5200
7
   Attorneys for Defendant
8  SendMe, Inc.
9

10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| PAUL BIHARI, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENDME, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 4:14-cv-01147-KAW<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, RELATED DEADLINES, AND DEFENDANT'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT** |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiff Paul Bihari ("Bihari") filed this putative class action on March 11, 2014, against PredictoMobile, LLC ("PredictoMobile");

WHEREAS, the Court's March 12, 2014 Order Setting Initial Case Management Conference and ADR Deadlines (*see* Docket No. 4) originally set the following deadlines: (1) May 13, 2014 as the last day to: (a) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; (b) file ADR Certification; and (c) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference; (2) May 27, 2014 as the last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement; and (3) June 3, 2014 as the date of the Initial Case Management Conference;

WHEREAS, on May 7, 2014, Bihari voluntarily dismissed his claims against PredictoMobile without prejudice;

WHEREAS, on May 7, 2014, Bihari filed his First Amended Class Action Complaint ("First Amended Complaint") against SendMe, Inc. ("SendMe");

WHEREAS, on May 22, 2014, the Court, upon Plaintiff's motion (*see* Docket Nos. 12, 12-1, and 12-2), continued the Initial Case Management Conference to August 5, 2014, and also continued its related deadlines and events accordingly (*see* Docket No. 13);

WHEREAS, SendMe was served with the First Amended Complaint on June 6, 2014;

WHEREAS, over the past several weeks the parties have been engaged in settlement discussions, including the informal exchange of information for purposes of settlement, and the parties believe that such efforts may result in resolution of this dispute and dismissal of this action (*see* Declaration of Rodger R. Cole filed concurrently herewith ("Cole Decl.") at ¶ 2);

WHEREAS, on June 27, 2014, to further settlement discussions, the parties filed a stipulation pursuant to Civil Local Rule 6-1(a), which extended SendMe's deadline to respond to the First Amended Complaint from June 27, 2014 to July 16, 2014 (*see* Docket No. 17);

/ / /

/ / /

1    WHEREAS, the parties require additional time to continue their settlement discussions
2 and information exchange so that they make an informed decision as to whether this action should
3 proceed, settle or otherwise be dismissed (*see* Cole Decl. ¶ 2);

4    WHEREAS, to facilitate their settlement discussions, Plaintiff's counsel has agreed to
5 further extend SendMe's deadline to respond to the First Amended Complaint from July 16, 2014
6 to August 15, 2014, and such extension will not alter any deadline already fixed by Court order;

7    WHEREAS, the parties have also agreed, subject to the Court's approval, to further
8 continue the Initial Case Management Conference and its associated deadlines and events, to
9 facilitate settlement discussions, avoid unnecessary attorneys' fees and costs, and promote judicial
10 economy (*see id.*);

11    WHEREAS, there have been only two previous time modifications in this case and the
12 relief requested herein is not expected to have an effect on the overall schedule for this case
13 (*see id.* at ¶¶ 3, 4);

14    NOW THEREFORE the parties, by and through their respective counsel, hereby stipulate
15 as follows:

16    1.   SendMe's deadline to respond to the First Amended Complaint is further extended
17 from July 17, 2014 to **August 15, 2014**.

18    2.   Subject to the Court's approval, the initial case management conference currently
19 scheduled for August 5, 2014 at 1:30pm shall be continued to **September 2, 2014 at 1:30pm**, or
20 such other later date that may be convenient for the Court. All associated deadlines and events
21 shall be continued accordingly. Specifically:

22        a.   **August 12, 2014** shall be the last day for the parties to (i) meet and confer
23             re: initial disclosures, early settlement, ADR process selection, and
24             discovery plan; (ii) file ADR Certification signed by Parties and Counsel;
25             and (iii) file either Stipulation to ADR Process or Notice of Need for ADR
26             Phone Conference; and

27 / / /
28 / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1        b.      **August 26, 2014** shall be the last day for the parties to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement.

IT IS SO STIPULATED.

DATED: July 15, 2014        FENWICK & WEST LLP

By:   */s/ Rodger R. Cole*
Rodger R. Cole
Attorneys for Defendant
SendMe, Inc.

DATED: July 15, 2014        KEARNEY LITTLEFIELD LLP

By:   */s/ Richard D. Lambert*
Richard D. Lambert
Attorneys for Plaintiff
Paul Bihari and the Class

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/18/2014

*Kandis Westmore*
The Honorable Kandis A. Westmore